JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE IVAN RAMOS AND JOSE HERNANDEZ, individuals, on behalf of themselves, and all persons similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>INFINITY INSURANCE COMPANY, an Indiana corporation, doing business in California; and DOES 1 through 100, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:14-cv-01151-JFW-CW<br><br>**JUDGMENT**<br><br>The Hon. John F. Walter<br>Courtroom: 16 |

The Court, having granted defendant Infinity Insurance Company's motion for summary judgment by its Order dated August 5, 2014 (Docket No. 40),

**HEREBY ORDERS, ADJUDGES AND DECREES** that plaintiffs Jose Ivan Ramos and Jose Hernandez take nothing by way of their complaint, that judgment is entered in favor of Infinity Insurance Company and against plaintiffs, and that Infinity Insurance Company recover its costs, as permissible under applicable law and determined by the Court.

Dated:  August 12, 2014

　　　　　　　　　　　　　　　　　　　　　_/s/ John F. Walter_____

　　　　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　　　　United States District Judge